# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALBERT PARTNER, | NO. CV 14-2637-DDP (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 14, 2014.

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE